**Callie SMITH, Plaintiff–Appellant,**

v.

**SAXON MORTGAGE, Deutsche Bank National Trust Company, Defendants–Appellees.**

**No. 11–11762**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Nov. 8, 2011.

David C. Ates, Attorney at Law, Atlanta, GA, for Plaintiff–Appellant.

John Thomas Richie, Graham Webster Gerhardt, D. Brian O'Dell, Bradley, Arant, Boult, Cummings, LLP, Birmingham, AL, for Defendants–Appellees.

Before TJOFLAT, CARNES, and BLACK, Circuit Judges.

PER CURIAM:

Callie Smith appeals the district court's grant of summary judgment in favor of Saxon Mortgage Services, Inc. and

Deutsche Bank National Trust Company. Smith argues the district court erred by (1) finding the Security Deed granted Mortgage Electronic Registration Systems, Inc. (MERS) the power of sale and the authority to assign the security deed, and (2) concluding the notice of foreclosure sent to Smith by Saxon complied with the requirements of O.C.G.A. § 44–14–162.2. We have thoroughly reviewed the record and the briefs in this case and find no merit to any of Smith's issues on appeal. We affirm for the reasons set forth in the magistrate judge's Report and Recommendation dated February 9, 2011, and the district court's order dated March 16, 2011.

**AFFIRMED.**